# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM LEE LOPEZ,<br><br>    Petitioner,<br><br>v.<br><br>JANDA, WARDEN,<br><br>    Respondent. | NO. EDCV 13-1196-DOC (MAN)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report. The Court has conducted a *de novo* review of those matters to which objections have been stated in writing.

///
///
///
///
///
///
///
///

1     Having completed its review, the Court accepts the findings and recommendations set forth
2 in the Report. Accordingly, IT IS ORDERED that: (1) the Petition is DENIED; and (2) Judgment
3 shall be entered dismissing this action with prejudice.

5     IT IS SO ORDERED.

7 DATED: _____June 8, 2015_____.

                                                          DAVID O. CARTER
                                      UNITED STATES DISTRICT JUDGE