# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM LEE LOPEZ, | NO. EDCV 13-1196-DOC (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| JANDA, WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: June 8, 2015.

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE